# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### Tampa Division

| | |
|---|---|
| PEGASUS IMAGING CORPORATION, a Florida Corporation<br><br>　　　　Plaintiff,<br><br>v.<br><br>NORTHROP GRUMMAN a Delaware Corporation, and NORTHROP GRUMMAN INFORMATION TECHNOLOGY, a Delaware Corporation<br><br>　　　　Defendants. | Case No. 8:07-cv-01937-T-27EAJ<br><br>**DEFENDANT NORTHROP GRUMMAN CORPORATION'S RESPONSE TO PLAINTIFF'S MOTION TO STRIKE AFFIRMATIVE DEFENSES** |

Defendant Northrop Grumman Corporation ("NGC") submits this response to Plaintiff's Motion to Strike NGC's Affirmative Defenses (Doc. 87).

Pegasus contends that certain of the affirmative defenses asserted by NGC in its Answer to the Second Amended Complaint fail to provide sufficient notice under Fed. R. Civ. P. 8(a) of their factual basis. Without conceding the premise of Pegasus's motion, NGC has today filed an Amended Answer and Affirmative Defenses to the Second Amended Complaint, which includes greater factual detail as to the bases for NGC's affirmative defenses. The amended pleading renders Pegasus's motion moot. See May 30, 2008 Order at 5 n.5 (Doc. 32) (amended pleading moots motion to dismiss the pleading). Accordingly, Pegasus's motion should be denied.

We wish to note, moreover, that if Pegasus had complied with local practice (not to mention the Local Rules), the present motion practice would have been unnecessary. On Thursday, October 8, 2009, just before noon, NGC's counsel received a letter from Pegasus's

counsel, asserting that NGC's affirmative defenses were deficient, and demanding that NGC agree – by 4:00 PM that very same day – to amend or withdraw them. Pegasus's counsel further advised that, if NGC "need[ed] additional time to consider, please advise of that by 4:00 PM" so that Pegasus could seek an extension of time that same day to file a motion to strike at a later date. Letter from David Ferrentino to Gary Orseck, dated October 8, 2009 (attached as Ex. A).

Counsel for NGC, who was occupied on other matters that day, promptly emailed a response, agreeing that NGC "would not oppose a reasonable extension" of Pegasus's deadline for filing a motion to strike, so that NGC could have time to consider Pegasus's position regarding NGC's affirmative defenses. Email from Gary Orseck to David Ferrentino, dated October 8, 2009 (attached as Ex. B). Pegasus nevertheless filed the present motion that same afternoon. Had Pegasus instead provided NGC a meaningful opportunity to consider its position – as Local Rule 3.01(g) requires – there would have been no need for it to file a motion to strike.[1]

---

[1] Rule 15(a)(2) requires that NGC obtain either the opposing party's written consent, or the Court's leave, to file an Amended Answer. NGC submits that Pegasus's written request that NGC agree to "amend [its] affirmative defenses" (Attachment A hereto) satisfies that requirement.

Case No. 8:07-cv-01937-T-27EAJ

Respectfully submitted,

/s/ Lawrence B. Lambert
Lawrence B. Lambert
Fla. Bar No. 0032565
LASH & GOLDBERG LLP
Bank of America Tower, Suite 1200
100 S.E. 2nd Street
Miami, Florida 33131
PH: (305) 347-4040; Fax: (305) 347-4050
llambert@lashgoldberg.com
*Local Counsel for Defendant*
*Northrop Grumman Corp.*

Gary A. Orseck (Admitted pro hac vice)
Ariel N. Lavinbuk (Admitted pro hac vice)
ROBBINS, RUSSELL, ENGLERT,
ORSECK, UNTEREINER & SAUBER LLP
1801 K Street, NW, Suite 411L
Washington, DC 20006
Telephone: (202) 775-4500
Fax: (202) 775-4510
gorseck@robbinsrussell.com
alavinbuk@robbinsrussell.com
*Lead Counsel for Defendant*
*Northrop Grumman Corp.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 13, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of the electronic filing to the following: David D. Ferrentino, Esq., David Forziano, Esq., Donald W. Stanley, Jr., Esq., and Richard Anthony Harrison, Esq., counsel for Plaintiffs.

/s/ Lawrence B. Lambert
Lawrence B. Lambert
Fla. Bar No. 0032565
Local Counsel for Defendants
**LASH & GOLDBERG LLP**
Bank of America Tower, Suite 1200
100 S.E. 2nd Street
Miami, Florida 33131
T: (305)347-4040; F: (305) 347-4050
llambert@lashgoldberg.com