UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
Tampa Division

| | |
|---|---|
| PEGASUS IMAGING CORPORATION, a Florida Corporation <br><br> Plaintiff and Counterclaim-Defendant, <br><br> v. <br><br> NORTHROP GRUMMAN CORPORATION, a Delaware Corporation <br><br> Defendant, and <br><br> NORTHROP GRUMMAN INFORMATION TECHNOLOGY, a Delaware Corporation <br><br> Defendant and Counterplaintiff. | Case No. 8:07-cv-01937-T-27EAJ |

**UNOPPOSED MOTION OF DEFENDANT/COUNTERPLAINTIFF NORTHROP GRUMMAN INFORMATION TECHNOLOGY FOR ENLARGEMENT OF TIME TO RESPOND TO PEGASUS CORPORATION'S MOTION TO DISMISS COUNTERCLAIM**

Defendant and Counterclaimant Northrop Grumman Information Technology ("NGIT") respectfully requests an eight-day enlargement of time, until and including October 30, 2009, to respond to Pegasus Corporation's ("Pegasus") motion to dismiss NGIT's counterclaim. In support of its motion, NGIT states as follows:

1.   On September 18, 2009, NGIT filed its Answer to the Second Amended Complaint and a counterclaim against Pegasus for breach of contract (Dkt. 86). On October 8, 2009, Pegasus filed a motion to dismiss the counterclaim (Dkt. 88). Pursuant to Local Rule 3.01(b), NGIT has ten days, or until October 22, 2009, to respond.

Case No. 8:07-cv-01937-T-27EAJ

2. NGIT submits that it requires an additional eight days to properly analyze the motion to dismiss and to determine how best to respond. Because of the press of other matters, the short time remaining under Local Rule 3.01 will be insufficient to devote the necessary attention to this matter.

3. Counsel for NGIT has raised the matter with Patrick Traber, counsel for Pegasus, who states that Pegasus has no objection to the requested enlargement of time.

4. The requested enlargement of time is reasonable and will not prejudice any party.

WHEREFORE, NGIT respectfully requests that the Court enlarge the time within which it may respond to Pegasus's Motion to Dismiss NGIT's Counterclaim, until and including October 30, 2009.

Respectfully submitted,

/s/ Lawrence B. Lambert
Lawrence B. Lambert
Fla. Bar No. 0032565
LASH & GOLDBERG LLP
Bank of America Tower, Suite 1200
100 S.E. 2nd Street
Miami, Florida 33131
PH: (305) 347-4040
Fax: (305) 347-4050
llambert@lashgoldberg.com

Gary A. Orseck (Admitted *pro hac vice*)
Ariel N. Lavinbuk (Admitted *pro hac vice*)
ROBBINS, RUSSELL, ENGLERT,
ORSECK, UNTEREINER & SAUBER LLP
1801 K Street, NW, Suite 411L
Washington, DC 20006
Telephone: (202) 775-4500
Fax: (202) 775-4510
gorseck@robbinsrussell.com
*Counsel for Defendants*

Case No. 8:07-cv-01937-T-27EAJ

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 21, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of the electronic filing to the following: David D. Ferrentino, Esq., David Forziano, Esq., Donald W. Stanley, Jr., Esq., and Richard Anthony Harrison, Esq., counsel for Plaintiffs.

/s/ Lawrence B. Lambert
Lawrence B. Lambert
Fla. Bar No. 0032565
LASH & GOLDBERG LLP
Bank of America Tower, Suite 1200
100 S.E. 2nd Street
Miami, Florida 33131
PH: (305) 347-4040
Fax: (305) 347-4050
llambert@lashgoldberg.com
Local Counsel for NGIT